UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENDRICK TYRON PERRY, SR. ,
et al.,

    Plaintiff,

v.                                Case No.:   2:24-cv-225-JLB-KCD

SALIM JOSEPH BAZAZ and
MARA WAXMAN MARZANO,

    Defendants.
_____/

## REPORT & RECOMMENDATION

Kendrick Tyron Perry, Sr. sues Salim Bazaz and Mara Marzano under 42 U.S.C. § 1983 for allegedly infringing his civil rights. (Doc. 1.)[1] Perry moved to proceed *in forma pauperis*, but his motion was denied because "the form he submitted does not provide enough information to assess whether he is eligible for *in forma pauperis* status." (Doc. 4 at 1.) Perry was directed to "complete and file a more detailed IFP application" or pay the filing fee before March 26, 2024. (*Id*. at 2.) But Perry did not respond. So, to be safe, the Court offered Perry another chance to comply, extending the deadline to April 15, 2024. (Doc. 5 at

---

[1] Unless otherwise indicated, all internal quotation marks, citations, and alterations have been omitted in this and later citations.

2.) The Court warned Perry it would recommend his case be dismissed if he did not comply. (*Id.*) Again, Perry did not respond.

Ignoring the Court's order is grounds for dismissal. "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." M.D. Fla. R. 3.10. Similarly, the Court has the "inherent power" to dismiss a case for lack of prosecution under its authority to manage its docket. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).

Perry has not diligently prosecuted this case. He ignored the Court's order and refuses to file an amended IFP application or pay the filing fee. These actions show a lack of interest. Thus, the Court should dismiss this matter without prejudice.

**Recommended** in Fort Myers, Florida on April 19, 2024.

Kyle C. Dudek
United States Magistrate Judge

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1. To expedite resolution, parties may file a joint notice waiving the 14-day objection period.