UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENDRICK TYRON PERRY, SR.,
et al.,

      Plaintiff,

v.                Case No:  2:24-cv-225-JLB-KCD

SALIM JOSEPH BAZAZ and
MARA WAXMAN MARZANO,

      Defendants.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that this case be dismissed without prejudice for Plaintiff's failure to pay the required filing fee or file an amended application to proceed *in forma pauperis*, and for failure to comply with the Court's orders as detailed in the Report and Recommendation.  (Doc. 6).  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id*.

Here, after an independent review of the entire record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 6) is **ADOPTED** and made a part of this Order for all purposes.

2. This case is **DISMISSED** without prejudice for Plaintiff's failure to pay the required filing fee or file a motion to proceed *in forma pauperis*, and for failure to comply with the Court's orders as detailed in the Report and Recommendation.

3. The Clerk is **DIRECTED** to enter judgment dismissing the case without prejudice, terminate all deadlines, and close the file.

**ORDERED** in Fort Myers, Florida, on August 9, 2024.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE